[L. A. No. 5992. In Bank—April 17, 1919.]

## JOHNNIE WAITE, Respondent, v. THOMAS WAITE, Appellant.

[1] DIVORCE—RESIDENCE OF PLAINTIFF—PLEADING.—In an action for divorce the plaintiff must allege that he or she has been a resident of the state and of the county in which the action is brought for the periods provided by section 128 of the Civil Code.

APPEAL from a judgment of the Superior Court of Los Angeles County. Russ Avery, Judge. Reversed.

The opening brief for appellant made the point that the complaint did not allege that the plaintiff had been a resident of the state one year or of the county three months next preceding the commencement of the action as required by section 128 of the Civil Code.

Marshall Stimson and Noel C. Edwards for Appellant.

Chas. S. Darden for Respondent.

THE COURT.—[1] The respondent herein confesses error, and asks that the interlocutory judgment appealed from be reversed for the reason set forth in appellant's opening brief.

The point made for reversal in the appellant's opening brief appears to be well based and requires a reversal. The plaintiff should be allowed to amend her complaint in the lower court.

The judgment appealed from is reversed.

Shaw, J., Olney, J., Wilbur, J., Lawlor, J., Melvin, J., Lennon, J., and Angellotti, C. J., concurred.